UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARL ANTHONY MCNAIR,

          Petitioner,

v.                                                                    Case No. 5:08-cv-159-Oc-10GRJ

UNITED STATES OF AMERICA,

          Respondent.

## ORDER OF DISMISSAL

Petitioner initiated this case on April 25, 2008, by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1).  Petitioner failed to sign the Petition.  Further, as of the date of this Order Petitioner has neither paid the habeas corpus filing fee nor filed a motion for leave to proceed as a pauper.   Accordingly, pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED**.   The Clerk is directed to enter judgment dismissing this case without prejudice, terminate any motions, and close the file.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at  Ocala, Florida, this 11th day of June 2008.

UNITED STATES DISTRICT JUDGE

c: Carl Anthony McNair